1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>CONFERATED TRIBES OF THE UMATILLA INDIAN RESERVATION,<br><br>                    Intervenor-Plaintiff,<br><br>     v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>                    Defendants. | NO: 1:14-CV-3052-TOR<br><br>ORDER SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT |

A telephonic status conference was held in the above-entitled matter on September 2, 2014. Thomas A. Zeilman appeared on behalf of Plaintiff. Malena Pinkham appeared on behalf of Intervenor-Plaintiff. Vanessa R. Waldref appeared

ORDER SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT ~ 1

on behalf of Defendants. The Court reviewed the Joint Status Certificate (ECF No. 44), heard from counsel, and is fully informed. **IT IS ORDERED:**

**1. General Court Procedures**

Pursuant to Fed. R. Civ. P. 16(b)(4), the dates set forth in this Order may be amended **only** by Order of the Court and upon a showing of good cause. Pursuant to Fed. R. Civ. P. 29, the parties may stipulate to other procedures governing or limiting discovery, except the dates set forth in this Order.

Counsel are to review and employ Local Rule 83.1 (Civility) and Washington Rule of Professional Conduct 3.4 (Fairness To Opposing Party And Counsel).

**2. Discovery**

Pursuant to Fed. R. Civ. P. 26(a)(1)(B)(i) and (a)(1)(C), this case is exempt from initial disclosures and the discovery process.

**3. Answer and Supplement to the Administrative Record**

Defendants shall file their answer and any supplement to the administrative record no later than **October 14, 2014.**

///

///

///

///

ORDER SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT ~ 2

**4. Cross-Motions for Summary Judgment Briefing Schedule**

a. Plaintiff's motion for summary judgment shall be filed no later than **December 19, 2014**, and shall not exceed **30 pages** in length.

b. Plaintiff-Intervenor's motion for summary judgment shall be filed no later than **December 19, 2014**, and shall not exceed **20 pages** in length.

c. Defendants' cross-motion for summary judgment shall be filed no later than **January 30, 2015**, and shall not exceed **45 pages** in length.

d. Plaintiff's response to Defendants' cross- motion for summary judgment shall be filed no later than **February 20, 2015,** and shall not exceed **15 pages** in length.

e. Plaintiff-Intervenor's response to Defendants' cross-motion for summary judgment shall be filed no later than **February 20, 2015**, and shall not exceed **20 pages** in length.

f. Defendants' reply brief shall be filed no later than **March 6, 2015**, and shall not exceed **20 pages** in length.

A telephonic hearing on the parties' cross-motions for summary judgment is set for **March 19, 2015, at 1:00 p.m.** The parties are directed to call the Court's toll-free conference line at (888) 273-3658 five (5) minutes prior to the scheduled hearing time. When prompted, enter Access Code 2982935 and Security Code

3052.  Counsel are reminded that the use of cellular or speaker phones is not permitted during telephonic hearings.

IT IS SO ORDERED.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** September 12, 2014.

THOMAS O. RICE
United States District Judge

ORDER SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT ~ 4